1  WRIGHT, FINLAY & ZAK, LLP
   Dana Jonathon Nitz, Esq.
2  Nevada Bar No. 0050
   Natalie C. Lehman, Esq.
3  Nevada Bar No. 12995
   7785 W. Sahara Ave, Suite 200
4  Las Vegas, NV 89117
   (702) 475-7964; Fax: (702) 946-1345
5  dnitz@wrightlegal.net
   nlehman@wrightlegal.net
6  *Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset
7  Backed Receivables LLC Trust 2006-WM4*

8  **UNITED STATES DISTRICT COURT**
   **DISTRICT OF NEVADA**
9

10 DEUTSCHE BANK NATIONAL TRUST          Case No.:  2:16-cv-02895-JAD-VCF
11 COMPANY, as Trustee for SECURITIZED
   ASSET BACKED RECEIVABLES LLC          **STIPUALTION AND ORDER FOR**
12 TRUST 2006-WM4,                        **POSTING OF SECURITY COSTS**
                                          **PURSUANT TO NRS 18.130(1)**
13             Plaintiff,
14                                        ECF No. 9, 11
        vs.
15
16 BFP INVESTMENTS 2, LLC,

17             Defendant.

18

19     COMES NOW, Plaintiff, Deutsche Bank National Trust Company, as Trustee for

20 Securitized Asset Backed Receivables LLC Trust 2006-WM4 (hereinafter "Deutsche Bank"), by

21 and through its attorneys of record the law firm of Wright, Finlay & Zak, LLP, and BFP

22 Investments 2, LLC (hereinafter "BFP") by and through its attorneys of record Kim Gilbert

23 Ebron, hereby stipulate and agree as follows:

24     1.    On January 11, 2017, BFP demanded the deposit of a five-hundred ($500.00) cost

25 bond pursuant to NRS 18.130(1) [ECF No. 9]; and

26 / / /

27

28 / / /

Page 1 of 2

2. Deutsche Bank does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED.**

Dated this 12th day of January, 2017.

| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLP |
|---|---|
| /s/ Diana Cline Ebron, Esq. | /s/ Natalie C. Lehman, Esq. |
| Diana Cline Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 009578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>*Attorneys for BFP Investments 2, LLC* | Dana Jonathon Nitz, Esq.<br>Nevada Bar No. 0050<br>Natalie C. Lehman, Esq.<br>Nevada Bar No. 12995<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4* |

**ORDER**

Based on the parties' stipulation [ECF No. 11] and good cause appearing, IT IS HEREBY ORDERED that BFP Investments 2, LLC's Demand for Security of Costs **[ECF No. 9] is GRANTED**; **plaintiff has until January 22, 2017, to present to the Clerk of Court $500.00 in lawful money as security in compliance with NRS 18.130(1).** IT IS FURTHER ORDERED that **the CLERK OF COURT is directed to accept the deposit of $500.00 from plaintiff under NRS 18.130** as security for costs and charges that may be awarded against this plaintiff.

_____
Jennifer A. Dorsey
United States District Judge
1/12/17