DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 2, LLC*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM4,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 2, LLC,<br><br>Defendant. | Case No. 2:16-cv-02895-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR BFP INVESTMENTS 2, LLC TO RESPOND TO MOTION TO CONTINUE DISCOVERY DEADLINES [ECF No. 50]**<br><br>**(First Request)** |

Plaintiff Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4 ("Deutsche Bank") and BFP Investments 2, LLC ("BFP") (collectively the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and agree to allow BFP an additional two (2) days to file its response to Deutsche Bank's Motion to Continue Discovery Deadlines [ECF No. 50]. Specifically, the Parties stipulate to the following:

1. BFP's current deadline to file a Response to Deutsche Bank's Motion to Continue Discovery Deadlines [ECF No. 50] is June 11, 2020.

2. The Parties agree that BFP may have an extension of two (2) days or until June 15, 2020 to file its response.

3. BFP seeks this extension due to counsel's involvement in a Ninth Circuit oral argument that took place on June 9, 2020 and a Nevada Supreme Court oral argument that takes place June 11, 2020.

4. This is the first request for an extension of time.

5. The Parties stipulate to the foregoing in good faith and not for purposes of delay.

DATED this 11th day of June, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, NV  89139
*Attorney for BFP Investments, 2 LLC*

DATED this 11th day of June, 2020.

**WRIGHT, FINLAY & ZAK, LLP**

*/s/ Robert A. Riether*
Robert A Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV  89117
*Attorney for Deutsche Bank*

**IT IS SO ORDERED**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-11-2020 _____

Respectfully submitted by:

KIM GILBERT EBRON

*/s/ Karen L. Hanks*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Diana S. Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada  89139
*Attorneys for BFP Investments, 2 LLC*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of March, 2018, pursuant to FRCP 5, I served via the Court's CM/ECF filing and service the foregoing **BFP INVESTMENTS 2, LLC'S OPPOSITION TO DEUTSCHE BANK NATIONAL TRUST COMPANY'S MOTION TO LIFT STAY [ECF NO. 35]; AND COUNTERMOTION TO CONTINUE STAY OF ALL PROCEEDINGS PENDING RESOLUTION OF CERTIFIED QUESTION** to the following parties:

Dana Jonathon Nitz, Esq.
Natalie C. Lehman, Esq.
Wright, Finlay & Zak, LLP
7785 West Sahara Avenue, Suite 200
Las Vegas, Nevada  89117-2789
E-Mail: dnitz@wrightlegal.net
           nlehman@wrightlegal.net
*Attorney for Plaintiff,*
*Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4*

/s/ Alexander Loglia
An employee of KIM GILBERT EBRON