**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM4,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 2, LLC, a Nevada Limited Liability Company; HILLSIDE VIEW HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendant. | 2:16-cv-02895-JAD-VCF<br><br>**ORDER** |

Before the Court is Deutsche Bank's Motion to Extend Discovery Deadlines (ECF NO. 50). No opposition has been filed and the time to file an opposition has passed.

Under LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion.

Plaintiff, Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4, and Defendants, BFP Investments 2,LLC; and Hillside View Homeowners Association, Inc., have filed a notice of settlement (ECF No. 53).

Accordingly,

IT IS HEREBY ORDERED that Deutsche Bank's Motion to Extend Discovery Deadlines (ECF NO. 50) is GRANTED.  The following dates apply:

Deadline to complete discovery: October 20, 2020

Dispositive Motion Deadline November 19, 2020

1  Joint Pre-Trial Order December 18, 2020

2  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended
3  until 30 days after decision on the dispositive motions or further court order.

4  IT IS FURTHER ORDERED that Plaintiff, Deutsche Bank National Trust Company, As Trustee
5  for Securitized Asset Backed Receivables LLC Trust 2006-WM4, and Defendants, BFP Investments
6  2,LLC; and Hillside View Homeowners Association, Inc., must file their proposed stipulation and order
7  for dismissal on or before September 21, 2020.

9  DATED this 19th day of June, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE