WRIGHT, FINLAY & ZAK, LLP
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorneys for Plaintiff, Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM4,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 2, LLC, a Nevada Limited Liability Company; HILLSIDE VIEW HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No.:   2:16-cv-02895-JAD-VCF<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS**<br><br>ECF No. 57 |

IT IS HEREBY STIPULATED by Plaintiff, Deutsche Bank National Trust Company, As Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4 ("Deutsche Bank), by and through its attorney, Robert A. Riether, Esq., of the law firm of Wright, Finlay & Zak, LLP; Defendant, BFP Investments 2, LLC ("BFP"), by and through their counsel of record, Karen L. Hanks, Esq. of the law firm Kim Gilbert Ebron; and Defendant, Hillside View Homeowners Association, Inc. ("HOA"), by and through its counsel of record, David T. Ochoa, Esq., of the law firm of Lipson Neilson, P.C. (collectively, the "Parties") and hereby stipulate as

follows:

IT IS HEREBY STIPULATED that all claims between the Parties are hereby dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO STIPULATED.**

DATED this 19th day of August, 2020.

**WRIGHT, FINLAY, & ZAK, LLP**

*/s/ Robert A. Riether*

Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
*Attorney for Plaintiff/Counter-Defendant, Deutsche Bank National Trust Company, as Trustee for Securitized Asset Backed Receivables LLC Trust 2006-WM4*

DATED this 19th day of August, 2020.

**KIM GILBERT EBRON**

*/s/ Karen L. Hanks*

Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant/Counter/Cross-Claimant, BFP Investments 2, LLC*

DATED this 19th day of August, 2020.

**LIPSON NEILSON, P.C.**

*/s/ David T. Ochoa*

Kaleb D. Anderson, Esq.
Nevada Bar No. 7582
David T. Ochoa, Esq.
Nevada Bar No. 10414
9900 Covington Cross Dr. Suite 120
Las Vegas, Nevada 89144
*Attorneys for Defendant, Hillside View Homeowners Association*

### ORDER

Based on the stipulation **[ECF No. 57]** between Deutsche Bank National Trust Company, BFP Investments 2, LLC, and Hillside View Homeowners Association, Inc., and with good cause appearing, IT IS HEREBY ORDERED that all claims by and between them are DISMISSED with prejudice, each side to bear its own fees and costs. **This stipulation leaves only Deutsche Bank's claims against Nevada Association Services, Inc. Deutsche Bank has until August 31, 2020, to dismiss its claims against Nevada Association Services, Inc. or notify the court how it intends to proceed with those claims.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 21, 2020