Diana S. Ebron, Esq.
Nevada Bar No. 10580
Email: diana@kgelegal.com
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Email: jackie@kgelegal.com
Karen L. Hanks, Esq.
Nevada Bar No. 9578
Email: karen@kgelegal.com
Kim Gilbert Ebron
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for BFP Investments 2, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM4,<br><br>Plaintiff,<br><br>vs.<br><br>BFP INVESTMENTS 2, LLC, a Nevada Limited Liability Company; HILLSIDE VIEW HOMEOWNERS ASSOCIATION, INC., a Nevada Non-Profit Corporation; and NEVADA ASSOCIATION SERVICES, INC., a Nevada corporation,<br><br>Defendants. | Case No. 2:16-cv-02895-JAD-VCF<br><br>**JUDGMENT BY DEFAULT AGAINST LOPE I. AND AIDA RANOLA**<br><br>**AND ORDER CLOSING CASE**<br><br><br><br>**ECF No. 59** |
| BFP INVESTMENTS 2, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2006-WM4; LOPE I. RANOLA, an individual; AIDA RANOLA, an individual,<br><br>Counter/Cross Defendants. | |

This matter came before the Court on BFP Investments 2, LLC's ("BFP") Motion for Judgment by Default against Lope I. Ranola and Aida Ranola ("Cross-Defendants"). Having

- 1 -

considered the motion, including the declarations attached thereto, the Court makes the following findings of fact and conclusions of law:

1. On February 27, 2017, BFP filed a Cross-Complaint [ECF No. 21] for quiet title and injunctive relief against Cross-Defendants, relating to real property located at 711 Mount Julian Street, Las Vegas, Nevada 89110; Parcel No. 140-34-510-044 ("the Property").

2. Cross-Defendants failed to answer the complaint within the 21-day time limit set forth in FRCP 12. The Clerk of the Court appropriately entered a default against Cross-Defendants on March 12, 2017.

3. Cross-Defendants are not incompetent, an infant, or serving in the United States military.

4. BFP submitted credible evidence in support of its motion in the form of documents obtained from the Official Records of the Clark County Recorder and declarations made under penalty of perjury that demonstrate prima facie grounds sufficient to enter default judgment against Cross-Defendants.

NOW, THEREFORE, pursuant to FRCP 55(b)(2), having considered the evidence and made the foregoing findings of fact and conclusions of law, and finding good cause,

IT IS ORDERED, ADJUDGED AND DECREED that Cross-Defendants, Lope I. Ranola and Aida Ranola, any successors and assigns, have no right, title or interest in the Property and the BFP's motion for default judgment **[ECF No. 59] is GRANTED.**

IT IS FURTHER ORDERED that the Clerk of Court is directed to CLOSE THIS CASE.

UNITED STATES DISTRICT JUDGE
Dated: 9-13-2020

*Respectfully submitted by:*
**KIM GILBERT EBRON**
/s/ *Jason G. Martinez*
JASON G. MARTINEZ, ESQ.
Nevada Bar No. 13375
7625 Dean Martin Dr., Ste. 110
Las Vegas, NV 89139
*Attorneys for BFP Investments 2, LLC*
DATED this 25th day of August, 2020.

**KIM GILBERT EBRON**
7625 DEAN MARTIN DRIVE, SUITE 110
LAS VEGAS, NEVADA 89139
(702) 485-3300 FAX (702) 485-3301

- 2 -